| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | GEORGE L. BEVAN, JR. (CSBN 65207)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: 510-637-3689 |
| 7 | Fax: 510-637-3679<br>Email: george.bevan@usdoj.gov |

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00560-MJJ |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER<br>TO CONVERT SENTENCING<br>DATE TO STATUS CONFERENCE |
| TONY FERRETTI, | ) | Date: March 22, 2007<br>Time: 2:00 p.m. |
| Defendant. | ) | |

This case is before the Court for sentencing on the above date and time in San Francisco. Counsel for the government and the defendant have conferred about matters affecting the defendant's sentencing. Government counsel has been largely unavailable due to a scheduled jury trial in the case of the United States v. Rosenthal, CR-02-0053-CRB, that was set to begin on March 19, 2007. However, the March 19th trial date in that case was vacated by Judge Breyer on March 16, 2007, and a further status set in April 2007.

There are matters pertinent to the defendant's sentencing in this case that government counsel would like to apprize the Court of before proceeding to sentencing of

the defendant. Accordingly, the parties jointly request that the scheduled sentencing date of March 22nd be converted to a status conference, with the anticipation that the sentencing would be scheduled to a date not far in the future, convenient to the Court. The parties anticipate that the defendant's sentencing will be straightforward.

Dated: 3/19/07

GEORGE L. BEVAN JR.
United States Attorney

Dated: 3/19/07

Alan Caplan, Esq.
Attorney for Tony Ferretti

IT IS SO ORDERED.

Dated: 3/20/2007

MARTIN J. JENKINS
United States District Judge

STIPULATION TO CONVERT SENTENCING
DATE TO STATUS CONFERENCE

2